Exhibit A to the Complaint

**Location:** Garland, TX  
**Total Works Infringed:** 39

**IP Address:** 76.186.147.252  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 76F95670FA20DDC51B0DA2B370811C85A77261AF<br>File Hash:<br>F07BEB037C33C3900A5286CAE8445B4E99443F63E28A3B1FE01CCA53F259A240 | 05-20-2022 03:40:58 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 2 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash:<br>CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 05-20-2022 03:27:20 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 3 | Info Hash: CD0A15EE3729AC75B93E7D7101EA9E80266492FB<br>File Hash:<br>026F54F53E0E8FB3B27DCFEDAF9BF74136972B838CB5474AB7BDCBC98C321FD5 | 05-20-2022 03:26:49 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 4 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash:<br>3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 05-20-2022 03:18:58 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 5 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash:<br>8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 05-20-2022 03:17:00 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 6 | Info Hash: 1886519162C3C84528F05DF3EC3E4E21F17009AF<br>File Hash:<br>B1F2DBBFBC3F581592B4629731C676B1FB3EA9B7B11997BF0F6EDD6B202EAB84 | 05-20-2022 03:13:12 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 7 | Info Hash: EF42CFEB2B95887526FB35FF0857A2E33BFF215B<br>File Hash:<br>31B8203AB96DA08D8A9129F6E09062291B380F6D8C1E1EDF63DF0D367E35F7BF | 05-20-2022 03:11:15 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 8 | Info Hash: 501BDA717A96D91FF3A8AE965AD6F2F6F4637FCA<br>File Hash:<br>A00E8C27041DC90849C197EF8F4DCE5B99EAA5EE0DAC3DA3546455B6F4B04F9A | 05-20-2022 03:09:14 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 9 | Info Hash: 8338EEE7422DE5D14A74AB545A3CBF4757117CD7<br>File Hash:<br>E737AA61BA0EF6FF81A090E7305FB22391FA070E202D2B1D9D388715E79F5304 | 05-19-2022 21:52:51 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 10 | Info Hash: 01CA99FB6C0F82C781EDF1F3C85A16BA272591E2<br>File Hash:<br>352B7BD6B445657FF119CF8AE50738B5898F6F4208344C6B79038BF4F0D9660E | 05-19-2022 20:41:58 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 11 | Info Hash: E012337CB067C9F14FB80B448FC4CFC55B70C880<br>File Hash:<br>5F37C252898DFE75203BBCFEE4E7222A80CAE728C8B9D8A541634A10ED887249 | 05-19-2022 20:29:56 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 86C8B9A29581CE28A478970013D7DB8A283401A0<br>File Hash:<br>F7F29758B9446364875C02ADC5DD9099CBA8EC0F1D09BBFBF1EEAEC6588B4885 | 05-19-2022 20:28:14 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 13 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash:<br>B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 05-19-2022 20:27:28 | Blacked | 07-29-2019 | 09-11-2019 | PA0002214887 |
| 14 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash:<br>47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 11-20-2021 14:05:02 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 15 | Info Hash: 58E59EA364F324296007E16F9F488A1E0DA5D933<br>File Hash:<br>9FF576136408AC0312144C093118DC1707CFC6B57A4825DD6A43896D0E78468D | 11-20-2021 03:12:10 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 16 | Info Hash: 7762CBBE6C9FB1534FF0CF55C10E854AB3F7B0A6<br>File Hash:<br>BDDC682B3B47C3CDA898F2029A36EF5F25706CA537E8EDB40534C680C6A67E5C | 11-20-2021 03:11:41 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 17 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash:<br>641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 05-28-2021 17:46:02 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 18 | Info Hash: A985E7AC9C0F50A326C777C6E8DAC1A92A268746<br>File Hash:<br>F2E40788FEA4B9AE0E54288F770BB334B94EF717C56D9ADFCE5BF5D67D87F891 | 05-28-2021 17:43:50 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 19 | Info Hash: C69659587C2BC1049AD99AFEFB8863E9737F2B01<br>File Hash:<br>F33368857A7B6710A2C426BA638542C8209C5D102396BEB85B10A89A6CC91FC9 | 05-28-2021 17:28:23 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 20 | Info Hash: 38794030B4BB4CC919E087C25AE5D59D6D48B8EE<br>File Hash:<br>3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 05-28-2021 17:10:32 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 21 | Info Hash: 7AA7C3174036AFF009D853809B34A80AD514712B<br>File Hash:<br>4D5EA0D5B01CACCEBF166A44D4A257DF51402865F074343A7356E1160C37E125 | 05-28-2021 17:07:00 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 22 | Info Hash: 937A7E82157326EF5E7CD36C86A0A0EDACC0FF5F<br>File Hash:<br>F25B5FBD8E3FF914599D16AB4902E1E3C75E1BABBCCCFAFA1F2ACB124563B9DE | 05-28-2021 17:04:02 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 23 | Info Hash: EC96A16222D3AF9FE6A0768B749B7AF65565CC6C<br>File Hash:<br>D3CC049A23371FEC710FAC46D4E20803BE46C18ACD5429AD72E17B4E84FF7811 | 05-28-2021 17:03:50 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 60912FB5E6ED2D944BC2B12CDB3C578461CB7A92<br>File Hash:<br>84BFA90EFD3942111D357DEF50858EBDD20DC494E07AE8EA35E2557C0139EECD | 10-04-2020 00:04:57 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 25 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash:<br>7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 10-04-2020 00:02:25 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 26 | Info Hash: 057D52E3AC118C1882812B3A5E3F2C3EA982FE8B<br>File Hash:<br>E8946DBE3E8A1E96194DDFF7F571C449F50845EB4C17CDC4866603F9AAD04350 | 10-03-2020 23:55:37 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 27 | Info Hash: 36A57DE50B3B4C121A8D5813DF183386A052247C<br>File Hash:<br>3053112F46CFC5C06D9720DDBE693A0923BAEBB472ADF3E1B4BB91BCFE098C4D | 06-18-2020 22:22:49 | Blacked | 04-04-2020 | 04-17-2020 | PA0002237304 |
| 28 | Info Hash: 7009AEB1FB8FA0E778B41D49423CDFC80AFDF62D<br>File Hash:<br>F6F25896450D77C9B994C19A02555EEB05D092E47D0C3BF0A30820FBE105B71F | 06-18-2020 22:20:54 | Blacked | 04-18-2020 | 05-19-2020 | PA0002241472 |
| 29 | Info Hash: 0C8BEC5D5EF72077A25D55E0CA99C0279C7FCDF2<br>File Hash:<br>97DAE7A5B270BD72C3DC2C8F62D0025168BC6BA69C91FBF2E0E54C2DD6A1FCD5 | 06-18-2020 22:20:37 | Blacked | 05-02-2020 | 05-19-2020 | PA0002241471 |
| 30 | Info Hash: 73AE32099EBCDFF152626E1D575C026CF59135DC<br>File Hash:<br>33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 02-29-2020 04:02:36 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |
| 31 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash:<br>8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 02-29-2020 03:51:06 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 32 | Info Hash: FFE5224A5E3925847375F8E327267AC2B3148E49<br>File Hash:<br>5DDEDA2C21234E18A2388E4956D2DFAC0A8A6DA58AEE52EEDECD4A8DBE69AA33 | 02-17-2020 05:01:42 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 33 | Info Hash: 52442C2708E36E545755C2D0E288F4C913DDE003<br>File Hash:<br>099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 02-17-2020 04:42:51 | Blacked | 09-12-2019 | 09-25-2019 | PA0002203159 |
| 34 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash:<br>8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 02-17-2020 04:39:30 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 35 | Info Hash: 9CED871B3751A3B538A20DB265EBDFF8329EDC22<br>File Hash:<br>AAC8C4DFCD4077BE87A12502F7541B94C7A9D0028BEA14D483ADE7D0E3C7A272 | 02-17-2020 04:33:45 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 02-17-2020 04:30:26 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 37 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash: 9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 02-17-2020 04:29:39 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 38 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 02-17-2020 04:22:45 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 39 | Info Hash: D33B55F4B260300934470B2571AA379EBBA73038<br>File Hash: F0E5782553320D18CB6807FFCC6336787E80F1A914CA4025A654477F2DE835D0 | 02-17-2020 03:25:50 | Vixen | 12-10-2018 | 01-22-2019 | PA0002149491 |