UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Case No. 3:22-cv-01210-K |
| JOHN DOE subscriber assigned IP address 76.186.147.252, | | |
| Defendant. | | |

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.186.147.252, are voluntarily dismissed with prejudice.

Dated: August 25, 2022         Respectfully submitted,

By:  /s/ Paul S. Beik
     Paul S. Beik
     Beik Law Firm PLLC
     917 Franklin Street, Suite 220
     Houston, Texas  77002
     Tel: (713) 869-6975
     Fax: (713) 583-9169
     paul@beiklaw.com
     www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,
STRIKE 3 HOLDINGS, LLC**