| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION   APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  DATE FILED<br>3:22-cv-1210-K   6/2/2022 | United States District Court for the Northern District of Texas, Dallas Division |
| PLAINTIFF<br>Strike 3 Holdings LLC | DEFENDANT<br>John Doe<br>subscriber assigned IP address 76.186.147.252 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | (see attached) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>Amendment   Answer   Cross Bill   Other Pleading |  |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>Order   Judgment | WRITTEN OPINION ATTACHED<br>Yes   ✔ No | DATE RENDERED<br>8/25/2022 |
|---|---|---|
| CLERK<br>Karen Mitchell | (BY) DEPUTY CLERK<br>s/ M. Arrington | DATE<br>8/26/2022 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

**Location:** Garland, TX  **IP Address:** 76.186.147.252
**Total Works Infringed:** 39  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 76F95670FA20DDC51B0DA2B370811C85A77261AF<br>File Hash:<br>F07BEB037C33C3900A5286CAE8445B4E99443F63E28A3B1FE01CCA53F259A240 | 05-20-2022 03:40:58 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 2 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash:<br>CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 05-20-2022 03:27:20 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 3 | Info Hash: CD0A15EE3729AC75B93E7D7101EA9E80266492FB<br>File Hash:<br>026F54F53E0E8FB3B27DCFEDAF9BF74136972B838CB5474AB7BDCBC98C321FD5 | 05-20-2022 03:26:49 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 4 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash:<br>3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 05-20-2022 03:18:58 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 5 | Info Hash: 0EEED2F091967A7CF2C4B4EE547E47EA54BA3324<br>File Hash:<br>8BAAB418BA29FBB190CCA77C6238E795FDFFFB2938BEEFBDF38B07741D64EEAD | 05-20-2022 03:17:00 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 6 | Info Hash: 1886519162C3C84528F05DF3EC3E4E21F17009AF<br>File Hash:<br>B1F2DBBFBC3F581592B4629731C676B1FB3EA9B7B11997BF0F6EDD6B202EAB84 | 05-20-2022 03:13:12 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 7 | Info Hash: EF42CFEB2B95887526FB35FF0857A2E33BFF215B<br>File Hash:<br>31B8203AB96DA08D8A9129F6E09062291B380F6D8C1E1EDF63DF0D367E35F7BF | 05-20-2022 03:11:15 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 8 | Info Hash: 501BDA717A96D91FF3A8AE965AD6F2F6F4637FCA<br>File Hash:<br>A00E8C27041DC90849C197EF8F4DCE5B99EAA5EE0DAC3DA3546455B6F4B04F9A | 05-20-2022 03:09:14 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 9 | Info Hash: 8338EEE7422DE5D14A74AB545A3CBF4757117CD7<br>File Hash:<br>E737AA61BA0EF6FF81A090E7305FB22391FA070E202D2B1D9D388715E79F5304 | 05-19-2022 21:52:51 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 10 | Info Hash: 01CA99FB6C0F82C781EDF1F3C85A16BA272591E2<br>File Hash:<br>352B7BD6B445657FF119CF8AE50738B5898F6F4208344C6B79038BF4F0D9660E | 05-19-2022 20:41:58 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 11 | Info Hash: E012337CB067C9F14FB80B448FC4CFC55B70C880<br>File Hash:<br>5F37C252898DFE75203BBCFEE4E7222A80CAE728C8B9D8A541634A10ED887249 | 05-19-2022 20:29:56 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 86C8B9A29581CE28A478970013D7DB8A283401A0<br>File Hash:<br>F7F29758B9446364875C02ADC5DD9099CBA8EC0F1D09BBFBF1EEAEC6588B4885 | 05-19-2022 20:28:14 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 13 | Info Hash: 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F<br>File Hash:<br>B33C85A41CE7B8B0145A635645D039974B7A8552D267B9421DF9743946831473 | 05-19-2022 20:27:28 | Blacked | 07-29-2019 | 09-11-2019 | PA0002214887 |
| 14 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash:<br>47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 11-20-2021 14:05:02 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 15 | Info Hash: 58E59EA364F324296007E16F9F488A1E0DA5D933<br>File Hash:<br>9FF576136408AC0312144C093118DC1707CFC6B57A4825DD6A43896D0E78468D | 11-20-2021 03:12:10 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 16 | Info Hash: 7762CBBE6C9FB1534FF0CF55C10E854AB3F7B0A6<br>File Hash:<br>BDDC682B3B47C3CDA898F2029A36EF5F25706CA537E8EDB40534C680C6A67E5C | 11-20-2021 03:11:41 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 17 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash:<br>641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 05-28-2021 17:46:02 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 18 | Info Hash: A985E7AC9C0F50A326C777C6E8DAC1A92A268746<br>File Hash:<br>F2E40788FEA4B9AE0E54288F770BB334B94EF717C56D9ADFCE5BF5D67D87F891 | 05-28-2021 17:43:50 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 19 | Info Hash: C69659587C2BC1049AD99AFEFB8863E9737F2B01<br>File Hash:<br>F33368857A7B6710A2C426BA638542C8209C5D102396BEB85B10A89A6CC91FC9 | 05-28-2021 17:28:23 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 20 | Info Hash: 38794030B4BB4CC919E087C25AE5D59D6D48B8EE<br>File Hash:<br>3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 05-28-2021 17:10:32 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 21 | Info Hash: 7AA7C3174036AFF009D853809B34A80AD514712B<br>File Hash:<br>4D5EA0D5B01CACCEBF166A44D4A257DF51402865F074343A7356E1160C37E125 | 05-28-2021 17:07:00 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 22 | Info Hash: 937A7E82157326EF5E7CD36C86A0A0EDACC0FF5F<br>File Hash:<br>F25B5FBD8E3FF914599D16AB4902E1E3C75E1BABBCCCFAFA1F2ACB124563B9DE | 05-28-2021 17:04:02 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 23 | Info Hash: EC96A16222D3AF9FE6A0768B749B7AF65565CC6C<br>File Hash:<br>D3CC049A23371FEC710FAC46D4E20803BE46C18ACD5429AD72E17B4E84FF7811 | 05-28-2021 17:03:50 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 60912FB5E6ED2D944BC2B12CDB3C578461CB7A92<br>File Hash: 84BFA90EFD3942111D357DEF50858EBDD20DC494E07AE8EA35E2557C0139EECD | 10-04-2020 00:04:57 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |
| 25 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 10-04-2020 00:02:25 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 26 | Info Hash: 057D52E3AC118C1882812B3A5E3F2C3EA982FE8B<br>File Hash: E8946DBE3E8A1E96194DDFF7F571C449F50845EB4C17CDC4866603F9AAD04350 | 10-03-2020 23:55:37 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 27 | Info Hash: 36A57DE50B3B4C121A8D5813DF183386A052247C<br>File Hash: 3053112F46CFC5C06D9720DDBE693A0923BAEBB472ADF3E1B4BB91BCFE098C4D | 06-18-2020 22:22:49 | Blacked | 04-04-2020 | 04-17-2020 | PA0002237304 |
| 28 | Info Hash: 7009AEB1FB8FA0E778B41D49423CDFC80AFDF62D<br>File Hash: F6F25896450D77C9B994C19A02555EEB05D092E47D0C3BF0A30820FBE105B71F | 06-18-2020 22:20:54 | Blacked | 04-18-2020 | 05-19-2020 | PA0002241472 |
| 29 | Info Hash: 0C8BEC5D5EF72077A25D55E0CA99C0279C7FCDF2<br>File Hash: 97DAE7A5B270BD72C3DC2C8F62D0025168BC6BA69C91FBF2E0E54C2DD6A1FCD5 | 06-18-2020 22:20:37 | Blacked | 05-02-2020 | 05-19-2020 | PA0002241471 |
| 30 | Info Hash: 73AE32099EBCDFF152626E1D575C026CF59135DC<br>File Hash: 33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 02-29-2020 04:02:36 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |
| 31 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash: 8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 02-29-2020 03:51:06 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 32 | Info Hash: FFE5224A5E3925847375F8E327267AC2B3148E49<br>File Hash: 5DDEDA2C21234E18A2388E4956D2DFAC0A8A6DA58AEE52EEDECD4A8DBE69AA33 | 02-17-2020 05:01:42 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 33 | Info Hash: 52442C2708E36E545755C2D0E288F4C913DDE003<br>File Hash: 099279FAB0CB709722E36CA4703FBC00BE876F9EA6F23108082898D12073FAFC | 02-17-2020 04:42:51 | Blacked | 09-12-2019 | 09-25-2019 | PA0002203159 |
| 34 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 02-17-2020 04:39:30 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 35 | Info Hash: 9CED871B3751A3B538A20DB265EBDFF8329EDC22<br>File Hash: AAC8C4DFCD4077BE87A12502F7541B94C7A9D0028BEA14D483ADE7D0E3C7A272 | 02-17-2020 04:33:45 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 02-17-2020 04:30:26 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 37 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash:<br>9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 02-17-2020 04:29:39 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 38 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash:<br>F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 02-17-2020 04:22:45 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 39 | Info Hash: D33B55F4B260300934470B2571AA379EBBA73038<br>File Hash:<br>F0E5782553320D18CB6807FFCC6336787E80F1A914CA4025A654477F2DE835D0 | 02-17-2020 03:25:50 | Vixen | 12-10-2018 | 01-22-2019 | PA0002149491 |